# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Abdul Razak Ali,

      Petitioner,

      v.

Donald J. Trump, *et al.*,

      Respondents,

)
)
)
)
)
)
)
)
)
)
)

**FILED**

**AUG 1 0 2018**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Civil Case No. 10-cv-1020 (RJL)

## ORDER

August **10** , 2018 [Dkt. #1529]

**THIS CASE** comes before the Court upon petitioner's Corrected Motion for Order Granting Writ of Habeas Corpus [Dkt. #1529].

**UPON CONSIDERATION** of the Corrected Motion, the law, the record, and being otherwise fully advised on the matter, it is hereby

**ORDERED** that, for the reasons stated in the accompanying Memorandum Opinion, the Motion is **DENIED**.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge